IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

FILED
JUL - 1 2003
WILLIAM B. GUTHRIE
Clerk, U.S. DISTRICT COURT
By_____
Deputy Clerk

| IN RE: | ) | |
|---|---|---|
| | ) | |
| CLOSING OF COURTHOUSE | ) | Gen. No. 03.05 |

### ORDER

IT IS HEREBY ORDERED that the District Court Clerk's Office shall be closed at Noon on Thursday, July 3, 2003, in celebration of our "Blessings of Liberty".

DATED this 1st day of July, 2003.

_____
JAMES H. PAYNE, CHIEF
UNITED STATES DISTRICT JUDGE